**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tammy WILLIAMS, Defendant–Appellant.**

No. 01–7898.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

*Traverse Computer Brokers,* 973 F.2d 345, 347–48 (4th Cir.1992).

Tammy Williams, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Tammy Williams seeks to appeal the district court's marginal order denying her motion to modify her term of imprisonment. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*